```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 11461
   JOHN S. HU
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-4805


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/27/07 .

   2.  The case was dismissed without confirmation, 09/07/2007.

----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00          .00
PRINCIPAL PAID          .00        .00         .00         .00          .00
INTEREST PAID           .00        .00         .00         .00          .00
TOTAL PAID              .00        .00         .00         .00          .00
The Debtor's attorney, MYLER RUDDY & MCTAVISH        , was allowed $      .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




        Dated: 12/19/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 11461 JOHN S. HU
```